UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROGER JORDAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. BORRIS, <br><br> Defendant. | Case No. 14-2240-VC (PR) <br><br> **ORDER OF TRANSFER** |

John Roger Jordan, Jr., a state prisoner currently incarcerated at the California State Prison in Los Angeles, has filed a civil rights action under 42 U.S.C. § 1983 against Thomas J. Borris, a Superior Court Judge in Orange County.

The acts complained of in this complaint occurred in Orange County which is located in the Central District of California. Venue, therefore, properly lies in the Central District and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: August 4, 2014

_____
VINCE CHHABRIA
United States District Judge